UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO.: 1:17-CV-01838

BLAINE HARRINGTON III,

    Plaintiff,

v.

INTERNATIONAL SPY MUSEUM, LLC,

    Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff BLAINE HARRINGTON III by and through undersigned counsel, brings this Complaint against Defendant INTERNATIONAL SPY MUSEUM, LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff BLAINE HARRINGTON III ("HARRINGTON"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Harrington's original copyrighted works of authorship.

2. Harrington is a travel and location photographer, based in Denver, Colorado. He is the 2005 and 2006 SATW Travel Photographer of the Year. He has worked on assignment for most major news, business, travel, and inflight magazines. With over forty years in the business (including working in Amsterdam, New York, Paris, and Zurich), Harrington has expert knowledge of photography in the United States, as well as most regions of the world.

3. Defendant INTERNATIONAL SPY MUSEUM, LLC. is a private company that owns and operates the International Spy Museum, a museum solely dedicated to espionage, in Washington, D.C.

4. Harrington alleges that INTERNATIONAL SPY MUSEUM, LLC. copied Harrington's copyrighted work from the internet in order to advertise, market, and promote its business activities. The Defendant committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Defendant's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in District of Columbia.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. International Spy Museum, LLC is a limited liability corporation with its principal place of business at 800 F Street, NW, Washington, DC 20004 , and can be served by serving its Registered Agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

## THE COPYRIGHTED WORK AT ISSUE

10. HarringtonHarrington created a photograph which is shown below entitled 20080327_washdc_0602-Edit and referred to herein as the "Work".



11. Harrington registered the Work with the Register of Copyrights on April 26, 2011 and was assigned the registration number VA 1-775-610.  The Certificate of Registration is attached hereto as Exhibit 1.

12. At all relevant times Harrington was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

13. The Defendant has never been licensed to use the Work at issue in this action for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendant copied the Work.

15. Defendant copied Harrington's copyrighted Work without Harrington's permission.

16. After Defendant copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services of its business in Washington, D.C.

17. Defendant copied and distributed Harrington's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

18. Harrington's works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

19. Defendant committed copyright infringement of the Work as evidenced by Exhibit 2.

20. Harrington never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

21. Harrington notified the Defendant of the allegations set forth herein on February 15, 2017.  A copy of the Notice to the Defendant is attached hereto as Exhibit 3.

22. Plaintiff has engaged the undersigned attorneys and has agreed to pay them a reasonable fee.

### COUNT I
### COPYRIGHT INFRINGEMENT

23. Plaintiff incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Harrington owns a valid copyright in the Work at issue in this case.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33431

25. Harrington registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. ISM copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Harrington's authorization in violation of 17 U.S.C. § 501.

27. ISM performed the acts alleged in the course and scope of its business activities.

28. Harrington has been damaged.

29. The harm caused to Harrington has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant ISM that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504.

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: September 8, 2017              Respectfully submitted,

                                              */s/ Joel B. Rothman*
JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Blaine Harrington III*